USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: __OCT 1 3 2006

# O

## O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

CENTURY CITY

HONG KONG

LONDON

LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH

SAN FRANCISCO

SHANGHAI

SILICON VALLEY

TOKYO

WASHINGTON, D.C.

October 12, 2006

OUR FILE NUMBER
155,085-19
1664259

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007-1312

**Application GRANTED
SO Ordered** OCT 1 3 2006

*Paul A. Crotty*

WRITER'S DIRECT DIAL
(212) 326-2067

WRITER'S E-MAIL ADDRESS
jkohn@omm.com

Re:     ***Larry LaVoice, et al. v. Citigroup Global Markets***
        ***Index No. 06 Civ. 00756 (PAC)***

Dear Judge Crotty:

My firm represents Citigroup Global Markets, Inc. ("CGMI"). This letter is being submitted jointly by counsel for plaintiffs and counsel for CGMI. As Your Honor is aware, the parties submitted a Stipulation dated June 28, 2006 staying this case pending completion of a global settlement of all class actions against CGMI concerning the issues raised in this lawsuit. This letter confirms that the global settlement continues to be on track and that the parties intend to continue the stay until completion of the global settlement process, at which point this case will be dismissed.

We appreciate the Court's cooperation in this matter. If you should have any questions, or wish to speak with counsel, please let us know.

Respectfully submitted,

Jeffrey I. Kohn
of O'MELVENY & MYERS LLP

cc:     Jeffrey G. Smith, Esq.
        *Counsel for Plaintiffs*

**MEMO ENDORSED**

**MEMO ENDORSED**